■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN T. CARLISLE, Appellant. (Appeal No. 2.) [856 NYS2d 760]—

Appeal from an order of the Jefferson County Court (Kim H. Martusewicz, J.), entered January 12, 2007. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order determining that he is a level two risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Defendant concedes that he failed to preserve for our review his contention that County Court erred in imposing 10 points under the category for acceptance of responsibility (*see People v Pierce*, 27 AD3d 1182 [2006]). In any event, that contention lacks merit. The record establishes that defendant attempted to withdraw his guilty plea prior to sentencing and that he has continued to maintain his innocence, thus supporting the determination that defendant "has not sincerely accepted responsibility for his actions" (*People v Walker*, 15 AD3d 692, 693 [2005]; *see People v Noriega*, 26 AD3d 767 [2006], *lv denied* 6 NY3d 713 [2006]). Present—Martoche, J.P., Smith, Peradotto, Pine and Gorski, JJ.

■ In the Matter of LOUIS ATKIN, Respondent, v BOARD OF ASSESSORS OF TOWN OF GREECE et al., Appellants. (Appeal No. 1.) [855 NYS2d 390]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered August 31, 2006 in a proceeding pursuant to RPTL article 7. The order, among other things, denied respondents' motions to strike and preclude certain evidence and dismiss the petitions.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Martoche, J.P., Smith, Peradotto, Pine and Gorski, JJ.